# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP LIONTI, <br><br> *Plaintiff*, <br><br> v. <br><br> DIPNA, INC., *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 17-01678 |

## **ORDER**

**AND NOW**, this 27th day of June, 2017, upon consideration of Defendants' unopposed Motion to Dismiss for Lack of Jurisdiction, (ECF No. 2):

1. The Court finds that it lacks personal jurisdiction over Defendants;
2. The Court finds that a transfer pursuant to 28 U.S.C. § 1631 is in the interest of justice and hereby **ORDERS** that the case shall be transferred to the District of Delaware.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.